**Order entered January 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00033-CV

### IN RE MARY CANDACE EVANS, Relator

**Original Proceeding from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-12-06268-C**

## ORDER

The Court has before it Relator's Petition for Writ of Mandamus. The Court requests that

Real Party in Interest and Respondent file any responses by January 20, 2014.


/s/      JIM MOSELEY
         JUSTICE